United States Courts
Southern District of Texas
FILED
*August 28, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **Criminal No. 4:26-cr-575** |
| | § | |
| **v.** | § | |
| | § | |
| **CYNTHIA SMITH,** | § | |
| | § | |
| **Defendant.** | § | |

## INFORMATION

The United States Attorney for the Southern District of Texas charges:

## COUNT ONE
### Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Tax Return, Statement, or Other Document (26 U.S.C. § 7206(2))

1. On or about March 14, 2022, within the Southern District of Texas,

**CYNTHIA SMITH**,

willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of an Individual Income Tax Return, IRS Form 1040, for J.L. and T.L. for calendar year 2021, which was false and fraudulent as to a material matter. Specifically, that tax return claimed $4,680.00 in credits for sick leave and family leave for certain self-employed individuals (Form 7202). In reality, T.L. was not entitled to the credits that were claimed on the return. Defendant knew this amount was false as to a material matter, and that the false entry would reduce J.L. and T.L.'s tax liability for that tax year.

(continued on next page)

All in violation of Title 26, United States Code, Section 7206(2).

AARON F. REITZ
UNITED STATES ATTORNEY

Brad Gray
______________________________

KATHRYN OLSON
BRAD GRAY
Assistant United States Attorneys
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel.: (713) 567-9146
E-mail: Kathryn.Olson@usdoj.gov